KRISTA SHIPSEY
OSB #94385
Email: krista@pdxlaw.com
LAWRENCE MATASAR
OSB #74209
Email: larry@pdxlaw.com

Lawrence Matasar, P.C.
621 S.W. Morrison Street, Suite 1025
Portland, OR 97205
Telephone: (503) 222-9830
Fax: (503) 274-8575
    Attorney for Lennie Ames

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Case No. CR 09-478-1 MO |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFENDANT'S UNOPPOSED |
| vs. | ) | MOTION TO EXTEND PERIOD |
| | ) | FOR FILING PRETRIAL |
| **LENNIE AMES**, | ) | MOTIONS/MOTION TO SET |
| | ) | OVER TRIAL DATE |
| Defendant. | ) | |

    The defendant, Lennie Ames, by and through his attorney, Krista Shipsey, moves this court to allow for an extension of the pre-trial motions deadline and to continue the trial date.

    Assistant United States Attorney, Dwight Holton, does not oppose this request.

    This Motion is supported by the Declaration of Krista Shipsey filed herewith.

    DATED this 3rd day of February, 2010.

                                          /s/ Krista Shipsey
                                    KRISTA SHIPSEY, OSB No. 94385
                                    Telephone: (503) 222-9830
                                    Fax: (503) 274-8575
                                    Email: krista@pdxlaw.com
                                    Attorney for Defendant Ames