KRISTA SHIPSEY
OSB #94385
Email: krista@pdxlaw.com
LAWRENCE MATASAR
OSB #74209
Email: larry@pdxlaw.com

Lawrence Matasar, P.C.
621 S.W. Morrison Street, Suite 1025
Portland, OR 97205
Telephone: (503) 222-9830
Fax: (503) 274-8575
      Attorney for Lennie Ames

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. CR 09-478-1 MO |
| ) | |
| Plaintiff,  ) | DECLARATION OF KRISTA |
| ) | SHIPSEY (Re: Motion to |
| vs.  ) | Extend Period for Filing |
| ) | Pretrial Motions/Motion to |
| LENNIE AMES,  ) | Set Over Trial Date) |
| ) | |
| Defendant.  ) | |

     I, Krista Shipsey, declare that the following statements are true to the best of my knowledge, information and belief:

     1. That I was appointed counsel for defendant, Lennie Ames, in this prosecution pursuant to the Criminal Justice Act, 18 USC 3006A by Order effective January 5, 2010.

     2. That I make this Declaration in support of Defendant's Unopposed Motion to Extend Period for Filing Pretrial Motions/Motion to Set Over Trial Date.

     3. We join in the motion filed by Mark Cogan, the attorney for the co-defendant, Jared Fournier on the grounds that although this is a misdemeanor

Page 1 – DECLARATION OF KRISTA SHIPSEY (Re: Mot for Order Authorizing Employment of Investigator)

with relatively minor consequences, the issues presented are novel and require in depth research and analysis.  Furthermore, in order to adequately represent my client it is imperative that we meet in Southern Oregon so I can travel to his remote site to see the land at issue.  I will need to coordinate this trip with my investigator and I think it will be a couple of weeks before that trip can take place.

    4.  I have advised Mr. Ames of his speedy trial rights and he consents to this set-over request.

    DATED this 3rd day of February, 2010.


                                                       /s/ Krista Shipsey
                                                      KRISTA SHIPSEY, OSB No. 94385